UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Vivekananda Ramana, | : | **Chapter 13** |
| Debtor, | : | **Case No. 5:15-bk-00640** |

### ORDER GRANTING MOTION TO RECONSIDER/VACATE
### MARCH 15, 2019 ORDER DISMISSING CASE

AND NOW upon consideration of the Debtor's **Motion to Reconsider/Vacate March 15, 2019 Order Dismissing Case**, it is hereby ORDERED that the **Motion to Reconsider/Vacate March 15, 2019 Order Dismissing Case** is hereby GRANTED. It is further ORDERED that the **March 15, 2019 Order Dismissing Case** be and is hereby VACATED.

Dated: March 25, 2019

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (RR)